IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA, *
 *
v. * CR 111-360
 *
HUGO DIAZ a/k/a HUGO DIAZ DE LA *
FUENTE and BLANCA DIAZ a/k/a *
BLANCA ESTELA MIRANDA VARGAS. *

O R D E R

On February 23, 2015, this Court entered a Final Order of Forfeiture (Doc. 150), upon the Government's motion (Doc. 149), to accurately reflect the ownership interests in and facilitate the orderly disposition of certain real property forfeited by Defendants Hugo Diaz, a/k/a Hugo Diaz de la Fuente and Blanca Diaz, a/k/a Blanca Estela Miranda Vargas. As all pending issues in the Government's motion have been resolved by entry of the Court's February 23, 2015 Order, the Court **DIRECTS** the **CLERK** to **TERMINATE** Document 149.

**ORDER ENTERED** at Augusta, Georgia this 9th day of March, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA